COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER REGARDING DOCUMENTS FILED IN CASE
STAYED FOR BANKRUPTCY

Appellate case name:       Hani Hafiz Ibrahim Qutiefan v. Lubna Aziz Safi

Appellate case number:    01-18-00425-CV

Trial court case number:   13-DCV-206211

Trial court:                     505th District Court of Fort Bend County

On January 17, 2020, appellant, Hani Hafiz Ibrahim Qutiefan, filed a letter with the Clerk of this Court "requesting an automatic stay" of this appeal, as appellant "filed bankruptcy in the US bankruptcy court of Downtown HOUSTON, TEXAS." On January 28, 2020, we issued an order striking appellant's notice letter, advising appellant that the letter failed to include all information requested by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 8.1. The January 28, 2020 order further ordered appellant to file a notice of bankruptcy in compliance with Texas Rule of Appellate Procedure 8.1. Appellant has not filed any document in response to the January 28, 2020 order.

Because appellant has failed to file any further documentation regarding the purported bankruptcy proceeding, we **abate** the appeal. This appeal is stayed pursuant to the court records filed by appellant alleging that a bankruptcy petition has been filed in the United States Bankruptcy Court for the Southern District of Texas. *See* 11 U.S.C. § 362(a) (automatic stay in bankruptcy). Until the parties notify the Court that the bankruptcy has concluded and move to reinstate the case, the Court will take no further action other than to receive and hold any documents tendered during the period of suspension. *See* TEX. R. APP. P. 8.2 (bankruptcy suspends "the appeal" from date bankruptcy petition was filed until court reinstates or severs appeal in accordance with federal law).

Unless a party successfully moves to reinstate the appeal or sever the appeal with respect to the bankrupt party, this appeal is **abated** and will be an inactive case on the Court's docket. *See* TEX. R. APP. P. 8.3.

Judge's signature: \_\_\_\_\_/s/ Evelyn V. Keyes_____

☑ Acting individually ☐ Acting for the Court

Date: \_May 7, 2020\_\_\_\_\_